376

The People of the State of Illinois, Plaintiff-Appellee, *v.* Reno Carmen Young, Defendant-Appellant.

(No. 70-275;

Second District—October 5, 1971.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

E. Roger Horsky, of Defender Project, of Elgin, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for appellee.